FILED
JAN 20  9 04 AM '00
                TE
          CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**January 19, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WIGGIS VERDIN                          CIVIL ACTION NO. 00-0030

versus                                 SECTION: "G" (3)

AVOYELLES CORRECTIONAL MEDICAL, ET AL

The Court notes that plaintiff has not sued a proper entity. **IT IS ORDERED** that plaintiff amend his complaint to add a proper defendant **on or before January 31, 2000.**

**IT IS FURTHER ORDERED** that **on or before January 31, 2000,** plaintiff shall file the following:

1. A written statement of the facts expected to be offered at trial either orally or as documents.

2. A complete list of all the exact documents to be offered at trial.

JAN 20 2000
DATE OF ENTRY_____

Fee_____
Process___
X/ Dktd___
  CtRmDep__
  Doc.No.___

3. A complete list of all witnesses plaintiff intends to call at trial. Plaintiff must give:

   a. Name and address of each witness.

   b. A separate summary of each witness's expected testimony.

Failure to provide the Court with the information requested **WILL RESULT IN A RECOMMENDATION OF DISMISSAL OF THE ABOVE-CAPTIONED CASE**.

_____
LANCE M. AFRICK
**UNITED STATES MAGISTRATE JUDGE**

---

**CLERK TO NOTIFY PLAINTIFF BY**
**REGULAR MAIL AT THE FOLLOWING ADDRESS:**

Wiggis Verdin, #322107
Avoyelles Correctional Center
1630 Prison Road
Cottonport, LA 71327

- 2 -