UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 21  P 2: 27

LORETTA G. WHYTE
CLERK

*******************************

| | | |
|---|---|---|
| WIGGINS VERDIN | * | CIVIL ACTION |
| | * | NO. 00-30 "G" (3) |
| VERSUS | | |
| | * | JUDGE SEAR |
| AVOYELLES CORRECTIONAL MEDICAL DEPARTMENT | * | MAGISTRATE JUDGE AFRICK |

## MOTION TO ENROLL

**NOW INTO COURT**, come the defendants, State of Louisiana, Avoyelles Correctional Center and Warden Baron Kaylo, and suggests to this Court that she has been assigned to the defense in the captioned matter.

**WHEREFORE**, mover prays that the name of Yolanda Y. Grinstead, Assistant Attorney General be enrolled as counsel of record herein on behalf of the defendants.

Respectfully submitted:

**RICHARD P. IEYOUB**
**ATTORNEY GENERAL**

BY: _____
YOLANDA Y. GRINSTEAD (#24111)
ASSISTANT ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
LITIGATION DIVISION
601 POYDRAS STREET
SUITE 1725
NEW ORLEANS, LOUISIANA 70130
PHONE NO.: (504) 599-1200
FAX NO.:    (504) 599-1212

DATE OF ENTRY
MAR 23 2000

Fee_____
Process____
X Dktd____
CtRmDep___
Doc.No____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

*****************************
| | | | |
|---|---|---|---|
| WIGGINS VERDIN | : | * | CIVIL ACTION |
| | : | | |
| | : | * | NO. 00-30 "G" (3) |
| VERSUS | : | | |
| | : | * | JUDGE SEAR |
| | : | | |
| AVOYELLES CORRECTIONAL | : | | |
| MEDICAL DEPARTMENT | : | * | MAGISTRATE JUDGE AFRICK |

*****************************

## ORDER

Having considered the foregoing Motion to Enroll,

**IT IS ORDERED** Yolanda Y. Grinstead, Assistant Attorney General is enrolled as counsel of record to represent the defendants.

**SO ORDERED** at New Orleans, Louisiana, on this 22nd day of March, 2000.

_____
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA – NEW ORLEANS

1

## CERTIFICATE OF SERVICE

      **I CERTIFY** I have served the foregoing **MOTION TO ENROLL**, on the pro se plaintiff, Wiggins Verdin by depositing a copy in the U. S. Mail, each properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this 20th day of March, 2000.

Wiggins Verdin
DOC # 322107
AVOYELLES CORRECTIONAL MEDICAL CENTER
1630 Prison Road
Hope D-1
Cottonport, Louisiana 71327

_____
YOLANDA Y. GRINSTEAD
