```
                                              FILED
                                         U.S. DISTRICT COURT

                                         MAR 24  4 44 PM '00

                                              _____ WHYTE
                                                  CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**March 24, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WIGGINS VERDIN                              CIVIL ACTION NO. 00-0030

versus                                      SECTION: "G" (3)

AVOYELLES CORRECTIONAL CENTER


   Defendants' motion to dismiss is **DISMISSED AS MOOT**. A Report and Recommendation has been issued.

                                          _____
                                          LANCE M. AFRICK
                                          UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL**
**AND PLAINTIFF, BY REGULAR**
**MAIL, AT THE FOLLOWING ADDRESS:**

Wiggins J. Verdin, #322107
Avoyelles Correctional Center
1630 Prison Road
Cottonport, LA  71327


DATE OF ENTRY
MAR 2 7 2000