

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WIGGINS VERDIN                                CIVIL ACTION NO. 00-0030

versus                                        SECTION: "G" (3)

AVOYELLES CORRECTIONAL CENTER

O R D E R

The Court, having considered the complaint, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED**, that the above-captioned matter **BE AND HEREBY IS TRANSFERRED** to the United States District Court for the **WESTERN DISTRICT OF LOUISIANA.**

New Orleans, Louisiana, this 26th day of April, 2000.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 27 2000